No. 91–5805. BATES ET AL. *v.* FEDERAL LAND BANK OF WICHITA, KANSAS. C. A. 10th Cir. Certiorari denied. ▮

No. 91–5806. HILL *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 91–5811. TERRELL *v.* FAUVER ET AL. C. A. 3d Cir. Certiorari denied. ▮

No. 91–5815. SWIGART *v.* IOWA. Ct. App. Iowa. Certiorari denied. ▮

No. 91–5816. STEWART *v.* NUTH, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied. ▮

No. 91–5817. TAYLOR *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied. ▮

No. 91–5818. HENDERSON *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 91–5819. EVANS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. ▮

No. 91–5820. JAMES *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 91–5821. MELLAN FONSECA, AKA AVIDA MOSQUEDA *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮

No. 91–5828. MABSON *v.* OLD HICKORY CASUALTY INSURANCE CO., INC. C. A. 9th Cir. Certiorari denied. ▮

No. 91–5829. MONTAGUE *v.* DEPARTMENT OF AGRICULTURE. C. A. 3d Cir. Certiorari denied.

No. 91–5830. RESTREPO ET UX. *v.* FIRST NATIONAL BANK OF DONA ANA COUNTY, NEW MEXICO. C. A. 5th Cir. Certiorari denied. ▮

No. 91–5831. REID *v.* SCOTT, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.